# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID GABRIEL ACEVEDO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73225

FILED

JUN 2 8 2017

## ORDER DISMISSING APPEAL

This is a pro se appeal from a "district court order granting or denying motion for house arrest." Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Our review of this appeal reveals jurisdictional defects. Specifically, no statute or court rule provides for an appeal from a district court order granting or denying a motion for house arrest. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Further, review of the district court minutes and docket entries indicate that no such order was entered. To the extent that appellant appeals from the judgment of conviction, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 36(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-21574

cc: Hon. Michael Villani, District Judge
David Gabriel Acevedo
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A